No. 314. Brasher Lumber Company, for the Use of Itself, et al. v. Southern Railway Company. Appeal from the District Court of the United States for the Southern District of Alabama. Submitted March 9, 1923.

Decided March 12, 1923. *Per Curiam.* Affirmed upon the authority of *Baltimore & Ohio R. R. Co.* v. *Koontz,* 104 U. S. 5, 15; *General Investment Co.* v. *Lake Shore & Michigan Southern Ry. Co.,* 260 U. S. 261; *Lee* v. *Chesapeake & Ohio Ry. Co.,* 260 U. S. 653. *Mr. T. M. Stevens* and *Mr. Edgar Watkins* for appellants. *Mr. Gregory L. Smith* for appellee.